UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ANN MARIE BEDDOE,<br><br>       Plaintiff,<br><br>    -against-<br><br>MOUNT SINAI HEALTH SYSTEM, INC. et al.,<br><br>       Defendants. | 1:22-cv-03080 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' proposed stipulation and order of confidentiality. *See* ECF No. 36. If the parties wish to propose a protective order, they must comply with the Court's Individual Rule 4(B)(iv).

Dated: October 13, 2022
    New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge