

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

July 6, 2023

Edna D. Guerrasio
Attorney at Law
d 212.969.3012
f 212.969.2900
eguerrasio@proskauer.com
www.proskauer.com

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St., Room 1920
New York, NY 10007

Re: *Dr. Ann Marie Beddoe v. Icahn School of Medicine at Mount Sinai and Dr. Dennis S. Charney*, Index No. 22-cv-03080 (JLR)

Dear Judge Rochon,

In accordance with Rule 1(F) of the Court's Individual Rules of Practice in Civil Cases, the parties jointly request an extension of the deadlines associated with Defendants' Motion for Summary Judgement.  Currently, Defendants' motion is due July 14, 2023.  However, yesterday, an integral member of ISMMS's legal team for this matter suffered a death in the family.  The parties jointly request an extension of the briefing schedule as follows:

|  | **Original Deadline** | **Proposed Deadline** |
|---|---|---|
| **Last day for Defendants to file Motion for Summary Judgment** | July 14, 2023 | July 21, 2023 |
| **Last day for Plaintiff to file Opposition** | August 4, 2023 | August 11, 2023 |
| **Last day for Defendants to file Reply** | August 8, 2023 | August 15, 2023 |

Respectfully,

*/s/ Edna D. Guerrasio*

Edna D. Guerrasio

Request **GRANTED**.  The summary judgment deadlines are hereby extended to the dates proposed herein.

Dated:  July 7, 2023
        New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC

Proskauer

July 6, 2023
Page 2

cc: Joseph Baumgarten, Esq.
      Austin D. McLeod, Esq.
      Jef McAllister, Esq.
      Honza Cervenka, Esq.