**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DR. ANN MARIE BEDDOE,

                Plaintiff,

    -against-                                              22 **CIVIL** 3080 (JLR)

# **JUDGMENT**

ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI
and DR. DENNIS S. CHARNEY,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 7, 2024, the Court has GRANTED Defendants' motion for summary judgment on Plaintiff's Title IX, Title VII, and NYSHRL claims. Plaintiff's NYCHRL claim is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 8, 2024

                                                      **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                      **BY:**      *K. Mango*

                                                       **Deputy Clerk**